FILED

2022 Oct-25  PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A



**Just One Look** ™

Alabama's ON-DEMAND Public Access to Trial Court Records.

www.AlacourtAccess.com

## ALABAMA SJIS CASE DETAIL



**PREPARED FOR: SARAH DUBE**

County: **47**   Case Number: **CV-2022-901046.00**   Court Action:

Style: **ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL**

`Real Time`

---

### Case

#### Case Information

| | | |
|---|---|---|
| County: **47-MADISON** | Case Number: **CV-2022-901046.00** | Judge: **RAH:RUTH ANN HALL** |
| Style: **ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL** | | |
| Filed: **09/20/2022** | Case Status: **ACTIVE** | Case Type: **WRONGFUL DEATH** |
| Trial Type: **BENCH** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **4** | |

#### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

#### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge:  : | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

#### Comments

Comment 1:

Comment 2:

#### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

#### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **09/20/2022** | Updated By: **AJA** |

---

### Parties

### Party 1 - Plaintiff OTHER - CROUGH DENIS ESTATE OF

## Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | CROUGH DENIS ESTATE OF | | Type: | O-OTHER |
| Index: | D SANOFI US SE | Alt Name: | | Hardship: No | JID: | RAH |
| Address 1: | 107 JEFFERSON STREET | | | Phone: (256) 000-0000 | | |
| Address 2: | | | | | | |
| City: | HUNTSVILLE | State: AL | | Zip: 35801-0000 | Country: US | |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: | |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | MES006 | | MESSERVY CHRISTOPHER MORR | CHRISMESSERVY@GMAIL.COM | (256) 551-7222 |

## Party 2 - Defendant BUSINESS - SANOFI US SERVICES, INC.

## Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | SANOFI US SERVICES, INC. | | Type: | B-BUSINESS |
| Index: | C CROUGH DENIS | Alt Name: | | Hardship: No | JID: | RAH |
| Address 1: | CORPORATION SERVICE CO. | | | Phone: (256) 000-0000 | | |
| Address 2: | 251 LITTLE FALLS DRIVE | | | | | |
| City: | WILMINGTON | State: DE | | Zip: 19808-0000 | Country: US | |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: | |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | |
|---|---|---|---|
| Issued: 09/20/2022 | Issued Type: F-CERTIFIED MAIL BY FIL | Reissue: 09/21/2022 | Reissue Type: C-CERTIFIED MAIL |
| Return: | Return Type: | Return: | Return Type: |
| Served: 09/29/2022 | Service Type C-CERTIFIED MAIL | Service On: | Notice of No Answer: Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|

## Party 3 - Defendant BUSINESS - BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | **BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.** | | Type: | **B-BUSINESS** |
| Index: | **C CROUGH DENIS** | Alt Name: | | Hardship: | **No** | JID: | **RAH** |
| Address 1: | **CT CORPORATION SYSTEM** | | | Phone: | **(256) 000-0000** | |
| Address 2: | **2 N. JACKSON ST., # 605** | | | | | |
| City: | **MONTGOMERY** | State: | **AL** | Zip: | **36104-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | | Court Action For: | | Exemptions: |
| Cost Against Party: | **$0.00** | | Other Cost: | **$0.00** | Date Satisfied: |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | | Warrant Action Status: | | Status Description: |

### Service Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Issued: | **09/20/2022** | Issued Type: | **F-CERTIFIED MAIL BY FIL** | Reissue: | **09/21/2022** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | | Return Type: | | Return: | | Return Type: |
| Served: | **09/26/2022** | Service Type | **C-CERTIFIED MAIL** | Service On: | | Notice of No Answer: Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant BUSINESS - CHATTEM, INC.

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D003-Defendant | Name: | **CHATTEM, INC.** | | Type: | **B-BUSINESS** |
| Index: | **C CROUGH DENIS** | Alt Name: | | Hardship: | **No** | JID: | **RAH** |
| Address 1: | **CORPORATION SERVICE CO.** | | | Phone: | **(256) 000-0000** | |
| Address 2: | **2908 POSTON AVE.** | | | | | |
| City: | **NASHVILLE** | State: | **TN** | Zip: | **37203-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | | Court Action For: | | Exemptions: |
| Cost Against Party: | **$0.00** | | Other Cost: | **$0.00** | Date Satisfied: |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | | Warrant Action Status: | | Status Description: |

### Service Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Issued: | **09/20/2022** | Issued Type: | **F-CERTIFIED MAIL BY FIL** | Reissue: | **09/21/2022** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | | Return Type: | | Return: | | Return Type: |
| Served: | **09/26/2022** | Service Type | **C-CERTIFIED MAIL** | Service On: | | Notice of No Answer: Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 5 - Defendant BUSINESS - GLAXOSMITHKLINE, LLC

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D004-Defendant | Name: | **GLAXOSMITHKLINE, LLC** | Type: | **B-BUSINESS** |
| Index: | **C CROUGH DENIS** | Alt Name: | | Hardship: **No** | JID: **RAH** |
| Address 1: | **CORPORATION SERVICE CO.** | | | Phone: **(256) 000-0000** | |
| Address 2: | **641 S. LAWRENCE ST.** | | | | |
| City: | **MONTGOMERY** | State: | **AL** | Zip: **36104-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | **09/20/2022** | Issued Type: | **F-CERTIFIED MAIL BY FIL** | Reissue: | **09/21/2022** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | | Return Type: | | Return: | | Return Type: |
| Served: | **09/26/2022** | Service Type | **C-CERTIFIED MAIL** | Service On: | | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|-----------|-----------|----------|-------|-------|-----------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC | C001 | 000 | $33.20 | $33.20 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $22.47 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $481.00 | $481.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $559.20 | $581.67 | -$22.47 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|------------------|-------------|---------------------|-------------------|----------------|--------|-----------|----------|-----------|-----------|--------|----------|----------|
| 09/21/2022 | CREDIT | CONV | 2022253 | 657716000 | $21.09 | C001 | 000 | | N | | | JEL |
| 09/21/2022 | RECEIPT | CV05 | 2022253 | 657717000 | $481.00 | C001 | 000 | | N | | | JEL |
| 09/21/2022 | RECEIPT | VADM | 2022253 | 657718000 | $45.00 | C001 | 000 | | N | | | JEL |
| 09/22/2022 | CREDIT | CONV | 2022254 | 657790000 | $1.38 | C001 | 000 | | N | | | JEL |
| 09/22/2022 | RECEIPT | AOCC | 2022254 | 657789000 | $33.20 | C001 | 000 | | N | | | JEL |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|

| Date | Time | Code | Description | Initials |
|------|------|------|-------------|----------|
| 9/20/2022 | 10:40 PM | ECOMP | COMPLAINT E-FILED. | MES006 |
| 9/20/2022 | 10:40 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 9/20/2022 | 10:40 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 9/20/2022 | 10:40 PM | FILE | FILED THIS DATE: 09/20/2022          (AV01) | AJA |
| 9/20/2022 | 10:40 PM | ASSJ | ASSIGNED TO JUDGE: RUTH ANN HALL          (AV01) | AJA |
| 9/20/2022 | 10:40 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 9/20/2022 | 10:40 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 9/20/2022 | 10:40 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED          (AV01) | AJA |
| 9/20/2022 | 10:40 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | C001 | C001 PARTY ADDED: ESTATE OF DENIS CROUGH   (AV02) | AJA |
| 9/20/2022 | 10:40 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | C001 | LISTED AS ATTORNEY FOR C001: MESSERVY CHRISTOPHER | AJA |
| 9/20/2022 | 10:40 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D001 | CERT MAIL-FIL ISSUED: 09/20/2022 TO D001   (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D001 | D001 PARTY ADDED: SANOFI US SERVICES, INC.  (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D002 | D002 PARTY ADDED: BOEHRINGER INGELHEIM PHARMACEUTI | AJA |
| 9/20/2022 | 10:40 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D002 | CERT MAIL-FIL ISSUED: 09/20/2022 TO D002   (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D002 | D002 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D003 | CERT MAIL-FIL ISSUED: 09/20/2022 TO D003   (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D003 | D003 PARTY ADDED: CHATTEM, INC.          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D003 | D003 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D003 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D004 | CERT MAIL-FIL ISSUED: 09/20/2022 TO D004   (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D004 | D004 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D004 | LISTED AS ATTORNEY FOR D004: PRO SE          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D004 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 9/20/2022 | 10:40 PM | D004 | D004 PARTY ADDED: GLAXOSMITHKLINE, LLC    (AV02) | AJA |
| 9/20/2022 | 11:25 PM | EAMEN | AMENDED COMPLAINT E-FILED. | MES006 |
| 9/21/2022 | 7:38 AM | C001 | C001 NAME CHANGED FROM: ESTATE OF DENIS CROUGH | MAM |
| 9/21/2022 | 2:04 PM | EALIA | ALIAS SUMMONS E-FILED | MES006 |
| 9/21/2022 | 2:04 PM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 9/21/2022 | 2:04 PM | ---- | SCANNED - ALIAS SUMMONS - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 9/21/2022 | 2:04 PM | D001 | D001 ADDR1 CHANGED FROM: 107 JEFFERSON STREET | AJA |
| 9/21/2022 | 2:04 PM | ---- | SCANNED - ALIAS SUMMONS - SUMMONS - E-NOTICE TRANSMITTALS | |
| 9/21/2022 | 2:04 PM | D001 | D001 ADDR CITY CHANGED FROM: HUNTSVILLE    (AV02) | AJA |
| 9/21/2022 | 2:04 PM | D001 | REISSUE OF CERTIFIED MA ON 09/21/2022 FOR D001 | AJA |
| 9/21/2022 | 2:04 PM | D001 | D001 ADDR STATE CHANGED FROM: AL          (AV02) | AJA |
| 9/21/2022 | 2:04 PM | D004 | D004 ADDR1 CHANGED FROM: 107 JEFFERSON STREET | AJA |
| 9/21/2022 | 2:04 PM | D004 | D004 ADDR CITY CHANGED FROM: HUNTSVILLE    (AV02) | AJA |
| 9/21/2022 | 2:04 PM | D004 | REISSUE OF CERTIFIED MA ON 09/21/2022 FOR D004 | AJA |
| 9/21/2022 | 2:04 PM | D003 | D003 ADDR STATE CHANGED FROM: AL          (AV02) | AJA |
| 9/21/2022 | 2:04 PM | D003 | REISSUE OF CERTIFIED MA ON 09/21/2022 FOR D003 | AJA |
| 9/21/2022 | 2:04 PM | D003 | D003 ADDR1 CHANGED FROM: 107 JEFFERSON STREET | AJA |
| 9/21/2022 | 2:04 PM | D003 | D003 ADDR CITY CHANGED FROM: HUNTSVILLE    (AV02) | AJA |
| 9/21/2022 | 2:04 PM | D002 | D002 ADDR1 CHANGED FROM: 107 JEFFERSON STREET | AJA |
| 9/21/2022 | 2:04 PM | D002 | REISSUE OF CERTIFIED MA ON 09/21/2022 FOR D002 | AJA |
| 9/21/2022 | 2:04 PM | D002 | D002 ADDR CITY CHANGED FROM: HUNTSVILLE    (AV02) | AJA |
| 9/21/2022 | 2:32 PM | ESCAN | SCAN - FILED 9/21/2022 - ALIAS SUMMONS | MAM |

| 9/28/2022 | 1:48 PM | D002 | SERVICE OF CERTIFIED MAI ON 09/26/2022 FOR D002 | MAM |
|---|---|---|---|---|
| 9/28/2022 | 1:48 PM | ESERC | SERVICE RETURN | MAM |
| 9/28/2022 | 1:49 PM | ---- | SCANNED - SERVICE RETURN - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 9/29/2022 | 1:53 PM | D001 | SERVICE OF CERTIFIED MAI ON 09/29/2022 FOR D001 | KAC |
| 9/29/2022 | 1:53 PM | ESERC | SERVICE RETURN | KIC |
| 9/30/2022 | 2:39 PM | D003 | SERVICE OF CERTIFIED MAI ON 09/26/2022 FOR D003 | MAM |
| 9/30/2022 | 2:40 PM | ESERC | SERVICE RETURN | MAM |
| 10/3/2022 | 2:41 PM | D004 | SERVICE OF CERTIFIED MAI ON 09/26/2022 FOR D004 | MAM |
| 10/3/2022 | 2:42 PM | ESERC | SERVICE RETURN | MAM |

## *Images*

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 9/20/2022 10:40:02 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 9/20/2022 10:40:02 PM | 2 | COMPLAINT | | 5 |
| 9/20/2022 10:41:23 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 9/20/2022 10:41:24 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 4 |
| 9/20/2022 11:25:30 PM | 5 | AMENDED COMPLAINT | Complaint | 5 |
| 9/20/2022 11:25:49 PM | 6 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 9/21/2022 2:04:08 PM | 7 | COPY OF COMPLAINT | Complaint | 5 |
| 9/21/2022 2:04:08 PM | 8 | COPY OF COMPLAINT | Amended Complaint | 5 |
| 9/21/2022 2:04:19 PM | 9 | ALIAS SUMMONS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 9/21/2022 2:04:20 PM | 10 | ALIAS SUMMONS - SUMMONS | E-NOTICE TRANSMITTALS | 4 |
| 9/21/2022 2:32:11 PM | 11 | ALIAS SUMMONS | D001 D002 D003 D004 | 4 |
| 9/28/2022 1:48:54 PM | 12 | SERVICE RETURN | SERVICE RETURN | 2 |
| 9/28/2022 1:49:00 PM | 13 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 9/29/2022 1:53:45 PM | 14 | SERVICE RETURN | SERVICE RETURN | 2 |
| 9/29/2022 1:55:13 PM | 15 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 9/30/2022 2:40:32 PM | 16 | SERVICE RETURN | SERVICE RETURN | 2 |
| 9/30/2022 2:40:39 PM | 17 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 10/3/2022 2:42:10 PM | 18 | SERVICE RETURN | SERVICE RETURN | 2 |
| 10/3/2022 2:42:18 PM | 19 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |

 *END OF THE REPORT*

ELECTRONICALLY FILED
9/20/2022 10:40 PM
47-CV-2022-901046.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>47<br>Date of Filing:<br>09/20/2022 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**

**ESTATE OF DENIS CROUGH v. SANOFI US SERVICES, INC. ET AL**

**First Plaintiff:** ☐ Business  ☐ Individual      **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☑ Other                          ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**

- ☑ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**

- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**

- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING        A ☐ APPEAL FROM        O ☐ OTHER
                                            DISTRICT COURT

            R ☐ REMANDED             T ☐ TRANSFERRED FROM
                                            OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    **Note:** Checking "Yes" does not constitute a demand for a
jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**        ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| MES006 | 9/20/2022 10:40:00 PM | /s/ CHRIS MESSERVY |
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**        ☐ YES ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES ☐ NO

ELECTRONICALLY FILED
9/20/2022 10:40 PM
47-CV-2022-901046.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

**ESTATE OF DENIS CROUGH**,

|                        |     |                     |
|------------------------|-----|---------------------|
|            Plaintiff,  | )   |                     |
| v.                     | )   | CV-22_____  |
|                        | )   |                     |

**BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; SANOFI US SERVICES, INC.; CHATTEM, INC.; and GLAXOSMITHKLINE, LLC; Fictitious Defendants A-Z whose identities are unknown at this time but shall be added upon discovery in accordance with Rule 9 of the *Alabama Rules of Civil Procedure*.**

Defendants.

## COMPLAINT

**COMES NOW** the **ESTATE OF DENNIS CROUGH**, by and through its administrator, and files this Complaint against the above-referenced Defendants as follows:

1.      On September 20, 2020, Dennis Earl Crough died after a battle with aggressive prostate cancer in Madison County, Alabama where he and his wife resided.  He was survived by his wife, Aliyah Berry.  The ESTATE of DENNIS CROUGH was opened on September 19, 2022 in the probate court of Madison County, Alabama.  The ESTATE of DENNIS CROUGH by and through its Administrator is the Plaintiff in this action.

2.      BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.("BI") is a foreign corporation doing business in Alabama.

3.      SANOFI US SERVICES, INC. ("Sanofi") is a foreign corporation doing business in Alabama.

4.      CHATTEM, INC. ("Chattem") is a foreign corporation doing business in Alabama.

5.      GLAXOSMITHKLINE, LLC ("GSK") is a foreign corporation doing business in Alabama.

6.      FICTITIOUS DEFENDANTS A-Z are individuals, entities, or corporations, responsible for the injuries and ultimate death of

## FACTS

7.      In March of 2018, the Plaintiff, a military veteran, was diagnosed with an aggressive prostate cancer.  On September 20 2020, the Plaintiff died after battling the cancer for almost three years.

8.      Plaintiff's medical history consistently documents Plaintiff's struggles with chronic acid reflux/indigestion and digestive issues.  In an effort to control these ailments, Plaintiff consumed approximately 150mg per day of Zantac for over 9 years. Plaintiff would take Zantac every afternoon in anticipation of acid reflux and heartburn which made it difficult for him to sleep if he failed to take the medication.

9.      Plaintiff religiously consumed Zantac for approximately 9 years until 2019 and sporadically for approximately 10 years preceding 2010.

10.      Zantac was developed by GSK and approved for prescription use by the FDA in 1983 to decrease the amount of acid produced by the stomach.  It was used to treat gastric indigestion, heartburn, gastric ulcers and other gastrointestinal conditions.

11.      GSK was an extremely successful drug dominating the acid/peptic marketplace.

12.      In 1996, Zantac became available without prescription.

13.      Zantac contains approximately 31,000 times the recommended amount of N-Nitrosodimethylamine ("NDMA") which is a known and potent carcinogen.

14.      NDMA is a semi-volatile organic chemical that forms in both industrial and natural processes.  The dangers of NDMA have long been recognized.  NDMA is no longer produced commercially or used in the United States except for research as a tumor initiator in animals.  In other words, it is only a poison.

15.      The Defendants were aware or should have been aware of NDMA studies as far back as 1979 that identified that NDMA consistently caused cancer in animal studies and in environmental studies of humans who worked in industries associated with NDMA such as rubber manufacturing.  Such tests consistently showed that NDMA caused prostate cancer like the cancer Denis Crough incurred causing his death.

16.      The high levels of NDMA in Zantac were not caused by a manufacturing defect but by the molecular structure of Rantadine, the main active ingredient in the drug.  The Defendant's were aware of the harms caused by Rantadine, but continued to manufacture and distribute the drug.

17.      BI owned the rights to over-the-counter Zantac between December 2006 and January 2017.  Sanofi controlled the New Drug Application for OTC Zantac starting in January 2017 through the present.  Chattem distributed OTC Zantac for Sanofi.

## COUNT ONE
## NEGLIGENCE/WRONGFUL DEATH

18.      Plaintiff adopts and re-alleges the averments in Paragraphs 1 through 17 and incorporates the same by this reference.

19.     During the time Defendants manufactured and sold Zantac in the United States, the weight of scientific evidence showed that Zantac exposed users to unsafe levels of NDMA. Defendants negligently manufactured, distributed, and failed to warn of this risks to consumers through labeling or any other means and negligently failed to notify the FDA of such risks.

20.     The Defendants negligently designed, manufactured, and distributed a product they knew or should have known would cause cancer leading to the deaths of thousands of consumers including but not limited to Denis Crough.

21.     As a direct and proximate result of Defendants' negligence, Denis Crough unnecessarily died after suffering for years with an aggressive, incurable form of prostate cancer on September 20, 2020 in Madison County, Alabama.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## COUNT TWO
## WANTONNESS/WRONGFUL DEATH

22.     Plaintiff adopts and re-alleges the averments in Paragraphs 1 through 17 and incorporates the same by this reference.

23.     During the time Defendants manufactured and sold Zantac in the United States, the weight of scientific evidence showed that Zantac exposed users to unsafe levels of NDMA. Defendants wantonly manufactured, distributed, and failed to warn of this risks to consumers through labeling or any other means and negligently failed to notify the FDA of such risks.

24.     The Defendants wantonly designed, manufactured, and distributed a product they knew or should have known would cause cancer leading to the deaths of thousands of consumers including but not limited to the Plaintiff.

25.     As a direct and proximate result of Defendants' wanton misconduct, Plaintiff unnecessarily died after suffering for years with an aggressive, incurable form of prostate cancer.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z for compensatory and punitive damages, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## COUNT THREE
## FAILURE TO WARN – STRICT LIABILITY

26.     Plaintiff adopts and re-alleges the allegations in Paragraphs 1 through 25 and

incorporates same by this reference.

27.     During the time Defendants manufactured and sold Zantac in the United States, the weight of scientific evidence showed that Zantac exposed users to unsafe levels of NDMA. Defendants failed to disclose this risk to consumers through labeling or any other means and failed to notify the FDA of such risks.

28.     Manufacturers of an approved drug are required to submit an annual report to the FDA containing any new information on a drug's safety pursuant to 21 CFR 314.81(b)2.

29.     Defendants ignored these requirements and failed to warn the Plaintiff of the dangers of Zantac.

30.     Denis Crough's cancer and ultimate death was proximately caused by Defendants. Had any Defendant warned Denis Crough that Zantac could lead to NDMA exposure and cause cancer, Denis Crough would not have consumed Zantac.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## COUNT FOUR
## DEFECTIVE DESIGN – STRICT LIABILITY

31.     Plaintiff adopts and re-alleges the allegations in Paragraphs 1 through 30 and incorporates same by this reference.

32.     At all relevant times, Defendants' Zantac products were manufactured, produced, tested and labeled in an unsafe, defective, and inherently dangerous manner.  Such products were delivered to the consumer including Denis Crough proximately causing his death.

33.     At all relevant times, Defendants knew or had reason to know that Zantac products were defective and inherently dangerous and unsafe.

34.     Denis Crough could not reasonably have discovered the defects and risks associated with Zantac products before his cancer diagnosis.

35.     Denis Crough's cancer and ultimate death was proximately caused by Defendants.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## GENERAL AVERMENTS

36.   Plaintiff adopts and realleges the allegations in Paragraphs 1 through 35 as if they were set out in full.

37.   In addition to the specific allegations set forth above, plaintiff further avers that the negligence or wantonness of all Defendants described above combined and concurred to cause Denis Crough's death.

38.   Plaintiff further avers that the true names and identity of the fictitious party defendants are currently unknown to Plaintiff, but will be added by amendment in accordance with Rule 9 (h) of the *Alabama Rules of Civil Procedure* when ascertained.


WHEREFORE, Plaintiff demands judgment against Defendants in an amount a jury deems appropriate under the circumstances plus the costs of this action.


  /s/ Chris Messervy
Chris Messervy (MES-006)
*Attorney for Defendant*
107 Jefferson Street North
Huntsville, Alabama 35801
(256) 551-7222
(256) 551-7022 (fax)
chrismesservy@gmail.com



AlaFile E-Notice

47-CV-2022-901046.00

To:  CHRIS MESSERVY
     chrismesservy@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following complaint was FILED on 9/20/2022 10:40:02 PM

Notice Date:     9/20/2022 10:40:02 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-901046.00

To:  SANOFI US SERVICES, INC.
     107 JEFFERSON STREET
     HUNTSVILLE, AL, 35801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following complaint was FILED on 9/20/2022 10:40:02 PM

Notice Date:     9/20/2022 10:40:02 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-901046.00

To:  BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
     107 JEFFERSON STREET
     HUNTSVILLE, AL, 35801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following complaint was FILED on 9/20/2022 10:40:02 PM

Notice Date:     9/20/2022 10:40:02 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-901046.00

To:  CHATTEM, INC.
107 JEFFERSON STREET
HUNTSVILLE, AL, 35801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following complaint was FILED on 9/20/2022 10:40:02 PM

Notice Date:    9/20/2022 10:40:02 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-901046.00

To:  GLAXOSMITHKLINE, LLC
     107 JEFFERSON STREET
     HUNTSVILLE, AL, 35801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following complaint was FILED on 9/20/2022 10:40:02 PM

Notice Date:     9/20/2022 10:40:02 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2022-901046.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL

**NOTICE TO:** SANOFI US SERVICES, INC., 107 JEFFERSON STREET, HUNTSVILLE, AL 35801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRIS MESSERVY

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ESTATE OF DENIS CROUGH

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 09/20/2022 | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ CHRIS MESSERVY

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2022-901046.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL**

**NOTICE TO:** BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., 107 JEFFERSON STREET, HUNTSVILLE, AL 35801

(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRIS MESSERVY

(Name(s) of Attorney(s))

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801

(Address(es) of Plaintiff(s) or Attorney(s))

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ESTATE OF DENIS CROUGH

[Name(s)]

pursuant to the Alabama Rules of the Civil Procedure.

| 09/20/2022 | /s/ DEBRA KIZER | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.       /s/ CHRIS MESSERVY

(Plaintiff's/Attorney's Signature)

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
(Name of Person Served)           (Name of County)

Alabama on _____.
(Date)

_____     _____     _____
(Type of Process Server)      (Server's Signature)          (Address of Server)

_____     _____
                              (Server's Printed Name)        (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2022-901046.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL**

**NOTICE TO:** CHATTEM, INC., 107 JEFFERSON STREET, HUNTSVILLE, AL 35801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRIS MESSERVY

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ESTATE OF DENIS CROUGH pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 09/20/2022 | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ CHRIS MESSERVY

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____          _____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2022-901046.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL**

**NOTICE TO:** GLAXOSMITHKLINE, LLC, 107 JEFFERSON STREET, HUNTSVILLE, AL 35801

<em>(Name and Address of Defendant)</em>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRIS MESSERVY                                                                                                      ,

<em>(Name(s) of Attorney(s))</em>

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801                .

<em>(Address(es) of Plaintiff(s) or Attorney(s))</em>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

<strong>TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL</strong><br><strong>PROCEDURE TO SERVE PROCESS:</strong>

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ESTATE OF DENIS CROUGH

<em>[Name(s)]</em>

pursuant to the Alabama Rules of the Civil Procedure.

|  09/20/2022  |  /s/ DEBRA KIZER  | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ CHRIS MESSERVY

<em>(Plaintiff's/Attorney's Signature)</em>

<h2>RETURN ON SERVICE</h2>

☐ Return receipt of certified mail received in this office on                                               .

<em>(Date)</em>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

_____ in _____ County,

<em>(Name of Person Served)</em>                    <em>(Name of County)</em>

Alabama on                        .

<em>(Date)</em>

<br>

_____          _____          _____
<em>(Type of Process Server)</em>          <em>(Server's Signature)</em>          <em>(Address of Server)</em>

_____          _____
          <em>(Server's Printed Name)</em>          <em>(Phone Number of Server)</em>

ELECTRONICALLY FILED
9/20/2022 11:25 PM
47-CV-2022-901046.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

**ESTATE OF DENIS CROUGH**,

|                      |     |                    |
|----------------------|-----|--------------------|
|                      | )   |                    |
| Plaintiff,           | )   |                    |
| v.                   | )   | CV-22_____ |
|                      | )   |                    |

**BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; SANOFI US SERVICES, INC.;  CHATTEM, INC.; and GLAXOSMITHKLINE, LLC; Fictitious Defendants A-Z whose identities are unknown at this time but shall be added upon discovery in accordance with Rule 9 of the *Alabama Rules of Civil Procedure*.**

Defendants.

## COMPLAINT

**COMES NOW** the **ESTATE OF DENNIS CROUGH**, by and through its administrator, and files this Complaint against the above-referenced Defendants as follows:

1.       On September 20, 2020, Dennis Earl Crough died after a battle with aggressive prostate cancer in Madison County, Alabama where he and his wife resided.  He was survived by his wife, Aliyah Berry.  The ESTATE of DENNIS CROUGH was opened on September 19, 2022 in the probate court of Madison County, Alabama.  The ESTATE of DENNIS CROUGH by and through its Administrator is the Plaintiff in this action.

2.       BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.("BI") is a foreign corporation doing business in Alabama.

3.       SANOFI US SERVICES, INC. ("Sanofi") is a foreign corporation doing business in Alabama.

4.       CHATTEM, INC. ("Chattem") is a foreign corporation doing business in Alabama.

5.       GLAXOSMITHKLINE, LLC ("GSK") is a foreign corporation doing business in Alabama.

6.       FICTITIOUS DEFENDANTS A-Z are individuals, entities, or corporations, responsible for the injuries and ultimate death of Denis Crough but whose names are unknown at this time but will be added hereto upon discovery in accordance with Rule 9 of the *Alabama Rules of Civil Procedure.*

## FACTS

7.      In March of 2018, the Plaintiff, a military veteran, was diagnosed with an aggressive prostate cancer.  On September 20 2020, the Plaintiff died after battling the cancer for almost three years.

8.      Plaintiff's medical history consistently documents Plaintiff's struggles with chronic acid reflux/indigestion and digestive issues.  In an effort to control these ailments, Plaintiff consumed approximately 150mg per day of Zantac for over 9 years. Plaintiff would take Zantac every afternoon in anticipation of acid reflux and heartburn which made it difficult for him to sleep if he failed to take the medication.

9.      Plaintiff religiously consumed Zantac for approximately 9 years until 2019 and sporadically for approximately 10 years preceding 2010.

10.     Zantac was developed by GSK and approved for prescription use by the FDA in 1983 to decrease the amount of acid produced by the stomach.  It was used to treat gastric indigestion, heartburn, gastric ulcers and other gastrointestinal conditions.

11.     GSK was an extremely successful drug dominating the acid/peptic marketplace.

12.     In 1996, Zantac became available without prescription.

13.     Zantac contains approximately 31,000 times the recommended amount of N-Nitrosodimethylamine ("NDMA") which is a known and potent carcinogen.

14.     NDMA is a semi-volatile organic chemical that forms in both industrial and natural processes.  The dangers of NDMA have long been recognized.  NDMA is no longer produced commercially or used in the United States except for research as a tumor initiator in animals.  In other words, it is only a poison.

15.     The Defendants were aware or should have been aware of NDMA studies as far back as 1979 that identified that NDMA consistently caused cancer in animal studies and in environmental studies of humans who worked in industries associated with NDMA such as rubber manufacturing.  Such tests consistently showed that NDMA caused prostate cancer like the cancer Denis Crough incurred causing his death.

16.     The high levels of NDMA in Zantac were not caused by a manufacturing defect but by the molecular structure of Rantadine, the main active ingredient in the drug.  The Defendant's were aware of the harms caused by Rantadine, but continued to manufacture and distribute the drug.

17.     BI owned the rights to over-the-counter Zantac between December 2006 and January 2017.  Sanofi controlled the New Drug Application for OTC Zantac starting in January 2017 through the present.  Chattem distributed OTC Zantac for Sanofi.

**COUNT ONE**
**NEGLIGENCE/WRONGFUL DEATH**

18.     Plaintiff adopts and re-alleges the averments in Paragraphs 1 through 17 and incorporates the same by this reference.

19.     During the time Defendants manufactured and sold Zantac in the United States, the weight of scientific evidence showed that Zantac exposed users to unsafe levels of NDMA. Defendants negligently manufactured, distributed, and failed to warn of this risks to consumers through labeling or any other means and negligently failed to notify the FDA of such risks.

20.     The Defendants negligently designed, manufactured, and distributed a product they knew or should have known would cause cancer leading to the deaths of thousands of consumers including but not limited to Denis Crough.

21.     As a direct and proximate result of Defendants' negligence, Denis Crough unnecessarily died after suffering for years with an aggressive, incurable form of prostate cancer on September 20, 2020 in Madison County, Alabama.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

**COUNT TWO**
**WANTONNESS/WRONGFUL DEATH**

22.      Plaintiff adopts and re-alleges the averments in Paragraphs 1 through 17 and incorporates the same by this reference.

23.     During the time Defendants manufactured and sold Zantac in the United States, the weight of scientific evidence showed that Zantac exposed users to unsafe levels of NDMA. Defendants wantonly manufactured, distributed, and failed to warn of this risks to consumers through labeling or any other means and negligently failed to notify the FDA of such risks.

24.     The Defendants wantonly designed, manufactured, and distributed a product they knew or should have known would cause cancer leading to the deaths of thousands of consumers including but not limited to the Plaintiff.

25.     As a direct and proximate result of Defendants' wanton misconduct, Plaintiff unnecessarily died after suffering for years with an aggressive, incurable form of prostate cancer.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z for compensatory and punitive damages, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## COUNT THREE
## FAILURE TO WARN – STRICT LIABILITY

26.    Plaintiff adopts and re-alleges the allegations in Paragraphs 1 through 25 and incorporates same by this reference.

27.    During the time Defendants manufactured and sold Zantac in the United States, the weight of scientific evidence showed that Zantac exposed users to unsafe levels of NDMA. Defendants failed to disclose this risk to consumers through labeling or any other means and failed to notify the FDA of such risks.

28.    Manufacturers of an approved drug are required to submit an annual report to the FDA containing any new information on a drug's safety pursuant to 21 CFR 314.81(b)2.

29.    Defendants ignored these requirements and failed to warn the Plaintiff of the dangers of Zantac.

30.    Denis Crough's cancer and ultimate death was proximately caused by Defendants. Had any Defendant warned Denis Crough that Zantac could lead to NDMA exposure and cause cancer, Denis Crough would not have consumed Zantac.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## COUNT FOUR
## DEFECTIVE DESIGN – STRICT LIABILITY

31.    Plaintiff adopts and re-alleges the allegations in Paragraphs 1 through 30 and incorporates same by this reference.

32.    At all relevant times, Defendants' Zantac products were manufactured, produced, tested and labeled in an unsafe, defective, and inherently dangerous manner.  Such products were delivered to the consumer including Denis Crough proximately causing his death.

33.    At all relevant times, Defendants knew or had reason to know that Zantac products were defective and inherently dangerous and unsafe.

34.    Denis Crough could not reasonably have discovered the defects and risks associated with Zantac products before his cancer diagnosis.

35.    Denis Crough's cancer and ultimate death was proximately caused by Defendants.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## GENERAL AVERMENTS

36.     Plaintiff adopts and realleges the allegations in Paragraphs 1 through 35 as if they were set out in full.

37.     In addition to the specific allegations set forth above, plaintiff further avers that the negligence or wantonness of all Defendants described above combined and concurred to cause Denis Crough's death.

38.     Plaintiff further avers that the true names and identity of the fictitious party defendants are currently unknown to Plaintiff, but will be added by amendment in accordance with Rule 9 (h) of the *Alabama Rules of Civil Procedure* when ascertained.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount a jury deems appropriate under the circumstances plus the costs of this action.

  /s/ Chris Messervy
Chris Messervy (MES-006)
*Attorney for Defendant*
107 Jefferson Street North
Huntsville, Alabama 35801
(256) 551-7222
(256) 551-7022 (fax)
chrismesservy@gmail.com

AlaFile E-Notice

47-CV-2022-901046.00

To:  CHRIS MESSERVY
     chrismesservy@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following complaint was FILED on 9/20/2022 11:25:30 PM

Notice Date:      9/20/2022 11:25:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-901046.00

To:  SANOFI US SERVICES, INC. (PRO SE)
     107 JEFFERSON STREET
     HUNTSVILLE, AL, 35801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following complaint was FILED on 9/20/2022 11:25:30 PM

Notice Date:     9/20/2022 11:25:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-901046.00

To:  BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. (PRO SE)
     107 JEFFERSON STREET
     HUNTSVILLE, AL, 35801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following complaint was FILED on 9/20/2022 11:25:30 PM

Notice Date:     9/20/2022 11:25:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-901046.00

To:  CHATTEM, INC. (PRO SE)
     107 JEFFERSON STREET
     HUNTSVILLE, AL, 35801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following complaint was FILED on 9/20/2022 11:25:30 PM

Notice Date:     9/20/2022 11:25:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-901046.00

To:  GLAXOSMITHKLINE, LLC (PRO SE)
     107 JEFFERSON STREET
     HUNTSVILLE, AL, 35801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following complaint was FILED on 9/20/2022 11:25:30 PM

Notice Date:     9/20/2022 11:25:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

ELECTRONICALLY FILED
9/21/2022 2:04 PM
47-CV-2022-901046.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

**ESTATE OF DENIS CROUGH**,

|  |  |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | CV-22_____ |
|  | ) |  |

**BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; SANOFI US SERVICES, INC.; CHATTEM, INC.; and GLAXOSMITHKLINE, LLC; Fictitious Defendants A-Z whose identities are unknown at this time but shall be added upon discovery in accordance with Rule 9 of the *Alabama Rules of Civil Procedure*.**

Defendants.

## COMPLAINT

**COMES NOW** the **ESTATE OF DENNIS CROUGH**, by and through its administrator, and files this Complaint against the above-referenced Defendants as follows:

1.	On September 20, 2020, Dennis Earl Crough died after a battle with aggressive prostate cancer in Madison County, Alabama where he and his wife resided.  He was survived by his wife, Aliyah Berry.  The ESTATE of DENNIS CROUGH was opened on September 19, 2022 in the probate court of Madison County, Alabama.  The ESTATE of DENNIS CROUGH by and through its Administrator is the Plaintiff in this action.

2.	BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.("BI") is a foreign corporation doing business in Alabama.

3.	SANOFI US SERVICES, INC. ("Sanofi") is a foreign corporation doing business in Alabama.

4.	CHATTEM, INC. ("Chattem") is a foreign corporation doing business in Alabama.

5.	GLAXOSMITHKLINE, LLC ("GSK") is a foreign corporation doing business in Alabama.

6.	FICTITIOUS DEFENDANTS A-Z are individuals, entities, or corporations, responsible for the injuries and ultimate death of

## FACTS

7.	In March of 2018, the Plaintiff, a military veteran, was diagnosed with an aggressive prostate cancer.  On September 20 2020, the Plaintiff died after battling the cancer for almost three years.

8.      Plaintiff's medical history consistently documents Plaintiff's struggles with chronic acid reflux/indigestion and digestive issues.  In an effort to control these ailments, Plaintiff consumed approximately 150mg per day of Zantac for over 9 years. Plaintiff would take Zantac every afternoon in anticipation of acid reflux and heartburn which made it difficult for him to sleep if he failed to take the medication.

9.      Plaintiff religiously consumed Zantac for approximately 9 years until 2019 and sporadically for approximately 10 years preceding 2010.

10.     Zantac was developed by GSK and approved for prescription use by the FDA in 1983 to decrease the amount of acid produced by the stomach.  It was used to treat gastric indigestion, heartburn, gastric ulcers and other gastrointestinal conditions.

11.     GSK was an extremely successful drug dominating the acid/peptic marketplace.

12.     In 1996, Zantac became available without prescription.

13.     Zantac contains approximately 31,000 times the recommended amount of N-Nitrosodimethylamine ("NDMA") which is a known and potent carcinogen.

14.     NDMA is a semi-volatile organic chemical that forms in both industrial and natural processes.  The dangers of NDMA have long been recognized.  NDMA is no longer produced commercially or used in the United States except for research as a tumor initiator in animals.  In other words, it is only a poison.

15.     The Defendants were aware or should have been aware of NDMA studies as far back as 1979 that identified that NDMA consistently caused cancer in animal studies and in environmental studies of humans who worked in industries associated with NDMA such as rubber manufacturing.  Such tests consistently showed that NDMA caused prostate cancer like the cancer Denis Crough incurred causing his death.

16.     The high levels of NDMA in Zantac were not caused by a manufacturing defect but by the molecular structure of Rantadine, the main active ingredient in the drug.  The Defendant's were aware of the harms caused by Rantadine, but continued to manufacture and distribute the drug.

17.     BI owned the rights to over-the-counter Zantac between December 2006 and January 2017.  Sanofi controlled the New Drug Application for OTC Zantac starting in January 2017 through the present.  Chattem distributed OTC Zantac for Sanofi.

## <u>COUNT ONE</u>
## NEGLIGENCE/WRONGFUL DEATH

18.     Plaintiff adopts and re-alleges the averments in Paragraphs 1 through 17 and incorporates the same by this reference.

19.     During the time Defendants manufactured and sold Zantac in the United States, the weight of scientific evidence showed that Zantac exposed users to unsafe levels of NDMA. Defendants negligently manufactured, distributed, and failed to warn of this risks to consumers through labeling or any other means and negligently failed to notify the FDA of such risks.

20.     The Defendants negligently designed, manufactured, and distributed a product they knew or should have known would cause cancer leading to the deaths of thousands of consumers including but not limited to Denis Crough.

21.     As a direct and proximate result of Defendants' negligence, Denis Crough unnecessarily died after suffering for years with an aggressive, incurable form of prostate cancer on September 20, 2020 in Madison County, Alabama.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## COUNT TWO
## WANTONNESS/WRONGFUL DEATH

22.      Plaintiff adopts and re-alleges the averments in Paragraphs 1 through 17 and incorporates the same by this reference.

23.     During the time Defendants manufactured and sold Zantac in the United States, the weight of scientific evidence showed that Zantac exposed users to unsafe levels of NDMA. Defendants wantonly manufactured, distributed, and failed to warn of this risks to consumers through labeling or any other means and negligently failed to notify the FDA of such risks.

24.     The Defendants wantonly designed, manufactured, and distributed a product they knew or should have known would cause cancer leading to the deaths of thousands of consumers including but not limited to the Plaintiff.

25.     As a direct and proximate result of Defendants' wanton misconduct, Plaintiff unnecessarily died after suffering for years with an aggressive, incurable form of prostate cancer.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z for compensatory and punitive damages, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## COUNT THREE
## FAILURE TO WARN – STRICT LIABILITY

26.     Plaintiff adopts and re-alleges the allegations in Paragraphs 1 through 25 and

incorporates same by this reference.

27.     During the time Defendants manufactured and sold Zantac in the United States, the weight of scientific evidence showed that Zantac exposed users to unsafe levels of NDMA. Defendants failed to disclose this risk to consumers through labeling or any other means and failed to notify the FDA of such risks.

28.     Manufacturers of an approved drug are required to submit an annual report to the FDA containing any new information on a drug's safety pursuant to 21 CFR 314.81(b)2.

29.     Defendants ignored these requirements and failed to warn the Plaintiff of the dangers of Zantac.

30.     Denis Crough's cancer and ultimate death was proximately caused by Defendants. Had any Defendant warned Denis Crough that Zantac could lead to NDMA exposure and cause cancer, Denis Crough would not have consumed Zantac.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## <u>COUNT FOUR</u>
## DEFECTIVE DESIGN – STRICT LIABILITY

31.     Plaintiff adopts and re-alleges the allegations in Paragraphs 1 through 30 and incorporates same by this reference.

32.     At all relevant times, Defendants' Zantac products were manufactured, produced, tested and labeled in an unsafe, defective, and inherently dangerous manner.  Such products were delivered to the consumer including Denis Crough proximately causing his death.

33.     At all relevant times, Defendants knew or had reason to know that Zantac products were defective and inherently dangerous and unsafe.

34.     Denis Crough could not reasonably have discovered the defects and risks associated with Zantac products before his cancer diagnosis.

35.     Denis Crough's cancer and ultimate death was proximately caused by Defendants.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## GENERAL AVERMENTS

36.     Plaintiff adopts and realleges the allegations in Paragraphs 1 through 35 as if they were set out in full.

37.     In addition to the specific allegations set forth above, plaintiff further avers that the negligence or wantonness of all Defendants described above combined and concurred to cause Denis Crough's death.

38.     Plaintiff further avers that the true names and identity of the fictitious party defendants are currently unknown to Plaintiff, but will be added by amendment in accordance with Rule 9 (h) of the *Alabama Rules of Civil Procedure* when ascertained.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount a jury deems appropriate under the circumstances plus the costs of this action.

  /s/ Chris Messervy                         
Chris Messervy (MES-006)
*Attorney for Defendant*
107 Jefferson Street North
Huntsville, Alabama 35801
(256) 551-7222
(256) 551-7022 (fax)
chrismesservy@gmail.com

ELECTRONICALLY FILED
9/21/2022 2:04 PM
47-CV-2022-901046.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

**ESTATE OF DENIS CROUGH**,

|                                    |   |                         |
|------------------------------------|---|-------------------------|
|                                    | ) |                         |
| Plaintiff,                         | ) |                         |
| v.                                 | ) | CV-22_____   |
|                                    | ) |                         |

**BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; SANOFI US SERVICES, INC.; CHATTEM, INC.; and GLAXOSMITHKLINE, LLC; Fictitious Defendants A-Z whose identities are unknown at this time but shall be added upon discovery in accordance with Rule 9 of the *Alabama Rules of Civil Procedure*.**

Defendants.

## COMPLAINT

**COMES NOW** the **ESTATE OF DENNIS CROUGH**, by and through its administrator, and files this Complaint against the above-referenced Defendants as follows:

1. On September 20, 2020, Dennis Earl Crough died after a battle with aggressive prostate cancer in Madison County, Alabama where he and his wife resided. He was survived by his wife, Aliyah Berry. The ESTATE of DENNIS CROUGH was opened on September 19, 2022 in the probate court of Madison County, Alabama. The ESTATE of DENNIS CROUGH by and through its Administrator is the Plaintiff in this action.

2. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.("BI") is a foreign corporation doing business in Alabama.

3. SANOFI US SERVICES, INC. ("Sanofi") is a foreign corporation doing business in Alabama.

4. CHATTEM, INC. ("Chattem") is a foreign corporation doing business in Alabama.

5. GLAXOSMITHKLINE, LLC ("GSK") is a foreign corporation doing business in Alabama.

6. FICTITIOUS DEFENDANTS A-Z are individuals, entities, or corporations, responsible for the injuries and ultimate death of Denis Crough but whose names are unknown at this time but will be added hereto upon discovery in accordance with Rule 9 of the *Alabama Rules of Civil Procedure.*

## FACTS

7.      In March of 2018, the Plaintiff, a military veteran, was diagnosed with an aggressive prostate cancer.  On September 20 2020, the Plaintiff died after battling the cancer for almost three years.

8.      Plaintiff's medical history consistently documents Plaintiff's struggles with chronic acid reflux/indigestion and digestive issues.  In an effort to control these ailments, Plaintiff consumed approximately 150mg per day of Zantac for over 9 years. Plaintiff would take Zantac every afternoon in anticipation of acid reflux and heartburn which made it difficult for him to sleep if he failed to take the medication.

9.      Plaintiff religiously consumed Zantac for approximately 9 years until 2019 and sporadically for approximately 10 years preceding 2010.

10.      Zantac was developed by GSK and approved for prescription use by the FDA in 1983 to decrease the amount of acid produced by the stomach.  It was used to treat gastric indigestion, heartburn, gastric ulcers and other gastrointestinal conditions.

11.      GSK was an extremely successful drug dominating the acid/peptic marketplace.

12.      In 1996, Zantac became available without prescription.

13.      Zantac contains approximately 31,000 times the recommended amount of N-Nitrosodimethylamine ("NDMA") which is a known and potent carcinogen.

14.      NDMA is a semi-volatile organic chemical that forms in both industrial and natural processes.  The dangers of NDMA have long been recognized.  NDMA is no longer produced commercially or used in the United States except for research as a tumor initiator in animals.  In other words, it is only a poison.

15.      The Defendants were aware or should have been aware of NDMA studies as far back as 1979 that identified that NDMA consistently caused cancer in animal studies and in environmental studies of humans who worked in industries associated with NDMA such as rubber manufacturing.  Such tests consistently showed that NDMA caused prostate cancer like the cancer Denis Crough incurred causing his death.

16.      The high levels of NDMA in Zantac were not caused by a manufacturing defect but by the molecular structure of Rantadine, the main active ingredient in the drug.  The Defendant's were aware of the harms caused by Rantadine, but continued to manufacture and distribute the drug.

17.      BI owned the rights to over-the-counter Zantac between December 2006 and January 2017.  Sanofi controlled the New Drug Application for OTC Zantac starting in January 2017 through the present.  Chattem distributed OTC Zantac for Sanofi.

## COUNT ONE
## NEGLIGENCE/WRONGFUL DEATH

18.   Plaintiff adopts and re-alleges the averments in Paragraphs 1 through 17 and incorporates the same by this reference.

19.   During the time Defendants manufactured and sold Zantac in the United States, the weight of scientific evidence showed that Zantac exposed users to unsafe levels of NDMA. Defendants negligently manufactured, distributed, and failed to warn of this risks to consumers through labeling or any other means and negligently failed to notify the FDA of such risks.

20.   The Defendants negligently designed, manufactured, and distributed a product they knew or should have known would cause cancer leading to the deaths of thousands of consumers including but not limited to Denis Crough.

21.   As a direct and proximate result of Defendants' negligence, Denis Crough unnecessarily died after suffering for years with an aggressive, incurable form of prostate cancer on September 20, 2020 in Madison County, Alabama.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## COUNT TWO
## WANTONNESS/WRONGFUL DEATH

22.    Plaintiff adopts and re-alleges the averments in Paragraphs 1 through 17 and incorporates the same by this reference.

23.   During the time Defendants manufactured and sold Zantac in the United States, the weight of scientific evidence showed that Zantac exposed users to unsafe levels of NDMA. Defendants wantonly manufactured, distributed, and failed to warn of this risks to consumers through labeling or any other means and negligently failed to notify the FDA of such risks.

24.   The Defendants wantonly designed, manufactured, and distributed a product they knew or should have known would cause cancer leading to the deaths of thousands of consumers including but not limited to the Plaintiff.

25.   As a direct and proximate result of Defendants' wanton misconduct, Plaintiff unnecessarily died after suffering for years with an aggressive, incurable form of prostate cancer.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z for compensatory and punitive damages, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## COUNT THREE
## FAILURE TO WARN – STRICT LIABILITY

26.     Plaintiff adopts and re-alleges the allegations in Paragraphs 1 through 25 and incorporates same by this reference.

27.     During the time Defendants manufactured and sold Zantac in the United States, the weight of scientific evidence showed that Zantac exposed users to unsafe levels of NDMA. Defendants failed to disclose this risk to consumers through labeling or any other means and failed to notify the FDA of such risks.

28.     Manufacturers of an approved drug are required to submit an annual report to the FDA containing any new information on a drug's safety pursuant to 21 CFR 314.81(b)2.

29.     Defendants ignored these requirements and failed to warn the Plaintiff of the dangers of Zantac.

30.     Denis Crough's cancer and ultimate death was proximately caused by Defendants. Had any Defendant warned Denis Crough that Zantac could lead to NDMA exposure and cause cancer, Denis Crough would not have consumed Zantac.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## COUNT FOUR
## DEFECTIVE DESIGN – STRICT LIABILITY

31.     Plaintiff adopts and re-alleges the allegations in Paragraphs 1 through 30 and incorporates same by this reference.

32.     At all relevant times, Defendants' Zantac products were manufactured, produced, tested and labeled in an unsafe, defective, and inherently dangerous manner.  Such products were delivered to the consumer including Denis Crough proximately causing his death.

33.     At all relevant times, Defendants knew or had reason to know that Zantac products were defective and inherently dangerous and unsafe.

34.     Denis Crough could not reasonably have discovered the defects and risks associated with Zantac products before his cancer diagnosis.

35.     Denis Crough's cancer and ultimate death was proximately caused by Defendants.

WHEREFORE, Plaintiff demands judgment against Defendants including Fictitious Defendants A – Z, in an amount a jury deems appropriate under the circumstances plus the costs of this action.

## GENERAL AVERMENTS

36.     Plaintiff adopts and realleges the allegations in Paragraphs 1 through 35 as if they were set out in full.

37.     In addition to the specific allegations set forth above, plaintiff further avers that the negligence or wantonness of all Defendants described above combined and concurred to cause Denis Crough's death.

38.     Plaintiff further avers that the true names and identity of the fictitious party defendants are currently unknown to Plaintiff, but will be added by amendment in accordance with Rule 9 (h) of the *Alabama Rules of Civil Procedure* when ascertained.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount a jury deems appropriate under the circumstances plus the costs of this action.

 /s/ Chris Messervy
Chris Messervy (MES-006)
*Attorney for Defendant*
107 Jefferson Street North
Huntsville, Alabama 35801
(256) 551-7222
(256) 551-7022 (fax)
chrismesservy@gmail.com

AlaFile E-Notice

47-CV-2022-901046.00

To:  CHRIS MESSERVY
chrismesservy@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following alias summons was FILED on 9/21/2022 2:04:08 PM

Notice Date:     9/21/2022 2:04:08 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-901046.00

To: SANOFI US SERVICES, INC.
CORPORATION SERVICE CO.
251 LITTLE FALLS DRIVE
WILMINGTON, DE, 19808

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following alias summons was FILED on 9/21/2022 2:04:08 PM

Notice Date:      9/21/2022 2:04:08 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-901046.00

To:  GLAXOSMITHKLINE, LLC
     CORPORATION SERVICE CO.
     641 S. LAWRENCE ST.
     MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following alias summons was FILED on 9/21/2022 2:04:08 PM

Notice Date:     9/21/2022 2:04:08 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-901046.00

To:  CHATTEM, INC.
CORPORATION SERVICE CO.
2908 POSTON AVE.
NASHVILLE, TN, 37203

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following alias summons was FILED on 9/21/2022 2:04:08 PM

Notice Date:      9/21/2022 2:04:08 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2022-901046.00

To:  BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
CT CORPORATION SYSTEM
2 N. JACKSON ST., # 605
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following alias summons was FILED on 9/21/2022 2:04:08 PM

Notice Date:     9/21/2022 2:04:08 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2022-901046.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL**

**NOTICE TO:** SANOFI US SERVICES, INC., CORPORATION SERVICE CO. 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

<em>(Name and Address of Defendant)</em>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRIS MESSERVY ,

<em>[Name(s) of Attorney(s)]</em>

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801 .

<em>[Address(es) of Plaintiff(s) or Attorney(s)]</em>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

<strong>TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:</strong>

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CROUGH DENIS ESTATE OF

<em>[Name(s)]</em>

pursuant to the Alabama Rules of the Civil Procedure.

| 09/21/2022 | /s/ DEBRA KIZER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ CHRIS MESSERVY

<em>(Plaintiff's/Attorney's Signature)</em>

<strong>RETURN ON SERVICE</strong>

☐ Return receipt of certified mail received in this office on _____ .

<em>(Date)</em>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

<em>(Name of Person Served)</em>          <em>(Name of County)</em>

Alabama on _____ .

<em>(Date)</em>

_____

*(Type of Process Server)*

_____
*(Server's Signature)*

_____
*(Server's Printed Name)*

_____
*(Address of Server)*

_____
*(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2022-901046.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL**

**NOTICE TO:** GLAXOSMITHKLINE, LLC, CORPORATION SERVICE CO. 641 S. LAWRENCE ST., MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRIS MESSERVY ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CROUGH DENIS ESTATE OF

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 09/21/2022 | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ CHRIS MESSERVY

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*           *(Name of County)*

Alabama on _____ .

*(Date)*

_____        _____        _____
*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____        _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2022-901046.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL**

**NOTICE TO:** CHATTEM, INC., CORPORATION SERVICE CO. 2908 POSTON AVE., NASHVILLE, TN 37203
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
CHRIS MESSERVY
_____,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801          .
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CROUGH DENIS ESTATE OF
pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 09/21/2022 | /s/ DEBRA KIZER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ CHRIS MESSERVY
_____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                    *(Name of County)*

Alabama on _____.
*(Date)*

_____    _____    _____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____    _____
                                    *(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2022-901046.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL

**NOTICE TO:** BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., CT CORPORATION SYSTEM 2 N. JACKSON ST., # 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRIS MESSERVY

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CROUGH DENIS ESTATE OF

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 09/21/2022 | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ CHRIS MESSERVY

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____    _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____

*(Server's Printed Name)*          *(Phone Number of Server)*

*Alias*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2022-901046.00 |
|---|---|---|

**Dool**

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL

**NOTICE TO:** SANOFI US SERVICES, INC., CORPORATION SERVICE CO. 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRIS MESSERVY

_____

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CROUGH DENIS ESTATE OF
pursuant to the Alabama Rules of the Civil Procedure.                    *(Name(s))*

| 09/21/2022 | /s/ DEBRA KIZER | By: mm |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ CHRIS MESSERVY
                                        *(Plaintiff's/Attorney's Signature)*

**RETURN ON S**   7020 0090 0000 5415 2546

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of this Summons

_____ in

*(Name of Person Served)*

Alabama on _____

*(Date)*

_____          _____

*(Type of Process Server)*          *(Server's Signature)*

_____

*(Server's Printed Name)*

**47-CV-2022-901**
ESTATE OF DENIS CROUGH V. SANOFI

C001 - CROUGH DENIS ESTATE OF          v.
*(Plaintiff)*



**SERVICE RETURN COPY**

*Alias*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2022-901046.00 |
|---|---|---|

D002

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
## ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL

**NOTICE TO:** BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., CT CORPORATION SYSTEM 2 N. JACKSON ST., # 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRIS MESSERVY

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CROUGH DENIS ESTATE OF pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 09/21/2022 | /s/ DEBRA KIZER | By: mm |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ CHRIS MESSERVY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

7020 0090 0000 5415 2553

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of this Summons and _____ in _____

*(Name of Person Served)*

Alabama on _____

*(Date)*

_____                    _____
*(Type of Process Server)*              *(Server's Signature)*

_____
*(Server's Printed Name)*

**47-CV-2022-901**
ESTATE OF DENIS CROUGH V. SANOFI

C001 - CROUGH DENIS ESTATE OF      v.   D002
*(Plaintiff)*

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

**SERVICE RETURN COPY**

*Alias*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2022-901046.00 |
|---|---|---|

**D003**

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL

**NOTICE TO:** CHATTEM, INC., CORPORATION SERVICE CO. 2908 POSTON AVE., NASHVILLE, TN 37203

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRIS MESSERVY

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CROUGH DENIS ESTATE OF pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 09/21/2022 | /s/ DEBRA KIZER | By: mm |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ CHRIS MESSERVY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SE~~RVICE~~    7020 0090 0000 5415 2560

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of this Summons an~~d~~ _____

_____ in _____

*(Name of Person Served)*

Alabama on _____

*(Date)*

_____

*(Type of Process Server)*    *(Server's Signature)*

_____

*(Server's Printed Name)*

**47-CV-2022-9010**~~46~~
ESTATE OF DENIS CROUGH V. SANOFI U~~S~~

C001 - CROUGH DENIS ESTATE OF          v.

*(Plaintiff)*

**SERVICE RETURN COPY**

*Alias*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2022-901046.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL**

*D004*

**NOTICE TO:** GLAXOSMITHKLINE, LLC, CORPORATION SERVICE CO. 641 S. LAWRENCE ST., MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRIS MESSERVY

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CROUGH DENIS ESTATE OF pursuant to the Alabama Rules of the Civil Procedure.    *(Name(s))*

09/21/2022        /s/ DEBRA KIZER        By: mm
*(Date)*        *(Signature of Clerk)*        *(Name)*

☑ Certified Mail is hereby requested.    /s/ CHRIS MESSERVY
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of this Summons    in

_____ Alabama on _____

*(Name of Person Served)*    *(Date)*

*(Type of Process Server)*    *(Server's Signature)*

*(Server's Printed Name)*

**47-CV-2022-901**
ESTATE OF DENIS CROUGH V. SANOF

C001 - CROUGH DENIS ESTATE OF        v.
*(Plaintiff)*

7020 0090 0000 5415 2577
U.S. Postal Service CERTIFIED MAIL RECEIPT

**SERVICE RETURN COPY**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Tiffany Ford_   ☒ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Tiffany Ford     9/26/22

1. Delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

Boehringer Ingelheim Pharmaceuticals Inc
CT Corporation System
2 N. Jackson St   #605
Montgomery, AL 36104
CV22-901046 D002 alias s/c

FILED IN OFFICE

SEP 28 2022

DEBRA ___
Clerk, Circuit Court



9590 9402 7321 2028 5337 41

2. Article Number (Transfer from service label)

7020 0090 0000 5415 2553

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7321 2028 5337 41

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Debra Kizer, Circuit Clerk
Circuit Court Division
Madison County Courthouse
100 North Side Square
Huntsville, AL 35801-4820





AlaFile E-Notice

47-CV-2022-901046.00

Judge: RUTH ANN HALL

To:  MESSERVY CHRISTOPHER MORR
chrismesservy@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following matter was served on 9/26/2022

D002 BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
Corresponding To
CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sanofi US Services Inc
Corporation Service Co
251 Little Falls Dr
Wilimington, DE 19808
CV22-901046 D001 alias s/c



9590 9402 7321 2028 5337 58

2. Article Number *(Transfer from service label)*

7020 0090 0000 5415 2546

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X        **Ryan MacArthur**

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

**Ryan MacArthur**

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

FILED IN OFFICE

SEP 2 9 2022

DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

**USPS TRACKING #**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



9590 9402 7321 2028 5337 58

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Debra Kizer, Circuit Clerk
Circuit Court Division
Madison County Courthouse
100 North Side Square
Huntsville, AL 35801-4820





AlaFile E-Notice

47-CV-2022-901046.00

Judge: RUTH ANN HALL

To:  MESSERVY CHRISTOPHER MORR
chrismesservy@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following matter was served on 9/29/2022

D001 SANOFI US SERVICES, INC.
Corresponding To
CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

# SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chattem, Inc
Corporation Service Co
2908 Poston Ave
Nashville, TN 3720
CV22-901046 D003 alias s/c



9590 9402 7321 2028 5114 35

2. Article Number *(Transfer from service label)*

7020 0090 0000 5415 2560

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

9-26-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

FILED IN OFFICE

SEP 30 2022

DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**USPS TRACKING #**



9590 9402 7321 2028 5114 35

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Debra Kizer, Circuit Clerk

Circuit Court Division

Madison County Courthouse

100 North Side Square

Huntsville, AL 35801-4820



AlaFile E-Notice

47-CV-2022-901046.00

Judge: RUTH ANN HALL

To:  MESSERVY CHRISTOPHER MORR
     chrismesservy@gmail.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following matter was served on 9/26/2022

D003 CHATTEM, INC.
Corresponding To
CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Kelly Webster*  ☑ Agent  ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

9-26-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

FILED IN OFFICE

OCT - 3 2022

DEBRA KIZER
Clerk, Circuit Court Madison Co., Al

1. Article Addressed to:

Glaxosmithkline LLC
Corporation Service Co
641 S. Lawrence St
Montgomery, AL 36104
CV22-901046 D004 alias s/c



9590 9402 7321 2028 5114 42

2. Article Number *(Transfer from service label)*

7020 0090 0000 5415 2577

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

MONTGOMERY AL 360

4 L

9590 9402 7321 2028 5114 42

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

Debra Kizer, Circuit Clerk
Circuit Court Division
Madison County Courthouse
100 North Side Square
Huntsville, AL 35801-4820





AlaFile E-Notice

47-CV-2022-901046.00

Judge: RUTH ANN HALL

To:   MESSERVY CHRISTOPHER MORR
      chrismesservy@gmail.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

ESTATE OF DENIS CROUGH V. SANOFI US SERVICES, INC. ET AL
47-CV-2022-901046.00

The following matter was served on 9/26/2022

D004 GLAXOSMITHKLINE, LLC
Corresponding To
CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390